## Louise Crystal Christofferson, Appellant, v. General Motors Corporation, Appellee.

### Gen. No. 42,521.

Heard in the third division, first district, this court at the December term, 1942; opinion filed April 26, 1944. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, William Ruger and Julian H. Levi, of counsel; Taylor, Miller, Busch & Boyden, for appellee; Preston Boyden, Cassius M. Doty and Richard A. Back, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.

## William Spars, Administrator of Estate of Julia Spars, Deceased, Appellant, v. Amelia Werth and William Werth, Appellees.

### Gen. No. 9,926.

Heard in this court at the February term, 1944; opinion filed April 27, 1944. Anson H. Brown and Weaver & Weaver, for appellant; Edwin R. Farrar, of counsel; Mark Bemis and Rathje & Woodward, for appellees; John S. Woodward, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.